Ronnie REED *v.* STATE of Arkansas

CR 92-41                                    840 S.W.2d 165

Supreme Court of Arkansas
Opinion delivered October 19, 1992

PER CURIAM. Appellant's attorney James Massie is directed to appear before this court at 9:00 a.m. on November 2, 1992, to show cause why he should not be held in contempt of court for

failure to file a brief in the case.